FILED
U.S. DISTRICT COURT

2014 MAR -5 ⊃ 1: 02

DISTRICT OF UTAH

BY:_____
DEPUTY CLERK

SCANNED

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| DAVID G. DERRICK and JAMES DALTON, Plaintiffs/Counter-Defendants, vs. LAZAR LEYBOVICH, Defendant/Counter-Plaintiff | **ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE AND CONSENT TO DESIGNATION AS LOCAL COUNSEL** Case No. 1:13-cv-00172-BSJ Judge Bruce S. Jenkins |

It appearing to the Court that Petitioner meets the pro hac vice admission requirements of DUCiv R 83-1.1(d), the motion for the admission pro hac vice of <u>Lawrence Pecan</u> in the United States District Court, District of Utah in the subject case is GRANTED.

Dated: this 5th day of March, 2014.

_____
U.S. District Judge